# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Steven A. Dempsey | : | |
| | : | Case No. 14-22175 CMB |
| Debtor(s) | : | |
| ============================== | : | Related to Doc No. 91 - 93 |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | |
| v. | : | Hrg: 8/24/16 at 10:00 AM |
| No Respondent | : | |
| Respondent | : | |

### CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on  July 8, 2016  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Summary Cover Sheet and Notice of Hearing, responses to the Application were to be filed and served no later than  July 25, 2016 .

It is hereby respectfully requested that the **Order of Court – Amended, filed at Doc 93** on July 8, 2016 be entered by the Court.

Dated:    July 26, 2016

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
11979 Frankstown Rd., Ste. 402
Pittsburgh, PA 15235
(412) 795-2223
niclowlgl@comcast.net
PA. ID 72116