IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 14-22175 CMB | |
| ) | | |
| Steven A. Dempsey ) | Chapter 13 | |
| ) | | |
| Debtor(s) ) | | |
| ) | Related to Doc No. 91, 93, 94, 95 | |
| Scott R. Lowden, Esquire ) | | |
| ) | | |
| Applicant ) | | |
| vs. ) | | |
| ) | | |
| No Respondent ) | | |
| ) | | |
| Respondents ) | | |

ORDER OF COURT

_____

AND NOW, this ___5th___ day of ___August___, 2016, upon consideration of the Motion to Vacate Order of Court and Issue Order of Court - Amended, it is hereby ORDERED, ADJUDGED, AND DECREED, that the Order of Court filed at Doc 95 is hereby vacated. The Order of Court – Amended at Doc 93 shall be entered by the Court.

By the Court:

FILED
8/5/16 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*
                                    dmr
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 14-22175-CMB
Steven A. Dempsey                                                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1             Date Rcvd: Aug 05, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.
db             #+Steven A. Dempsey,    309 Brandywine Drive,    Irwin, PA 15642-9225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:
     Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
     Jeniece D. Davis    on behalf of Creditor   The Pennsylvania State Employees Credit Union jeniece@mvrlaw.com, bonnie@mvrlaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
     Scott R. Lowden    on behalf of Debtor Steven A. Dempsey niclowlgl@comcast.net
                                                                                                                                                TOTAL: 6