IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| STEVEN A. DEMPSEY, | : | Case No. 14-22175-CMB |
| Debtor(s) | : | |
| ============================== | : | |
| SCOTT R. LOWDEN, ESQUIRE, | : | Doc No.   106 |
| Applicant, | : | |
| v. | : | |
| NO RESPONDENT | : | |
| Respondent | : | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __12th__ day of _____May_____, 2017, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date Attorney Fees and Costs are found to be $8,212.01, of which $8,176.00 are attorney's fees and $36.01 are costs, and that the total previously allowed Attorney's Fees and Costs were $7,257.11. This award covers the period from April 20, 2016 to April 18, 2017.

Therefore, the Application in its face amount of $954.90 for additional compensation for services rendered by Scott R. Lowden, Esquire as Attorney for Debtor(s) are allowed, and the total additional sum of $954.90 is to be paid to Scott R. Lowden, Esquire as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the additional reward of compensation in the amount of $950.00 and expenses in the amount of $4.90.

BY THE COURT:

_____
                    dmr

FILED
5/12/17 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-22175-CMB
Steven A. Dempsey                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                 Page 1 of 1                Date Rcvd: May 12, 2017
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db            #+Steven A. Dempsey,   309 Brandywine Drive,   Irwin, PA 15642-9225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    The Pennsylvania State Employees Credit Union jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Debtor Steven A. Dempsey niclowlgl@comcast.net
                                                                                             TOTAL: 7