**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　STEVEN A. DEMPSEY<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>STEVEN A. DEMPSEY<br><br><br>　　Respondents | FILED<br>8/17/17 10:45 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.14-22175CMB<br><br>Chapter 13<br><br>Document No. 118 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 17th day of August , 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　Bur Of Comm Payroll Operations
　　　　　Attn: Payroll Manager
　　　　　Pob 8006
　　　　　Harrisburg,PA 17105-

is hereby ordered to immediately terminate the attachment of the wages of STEVEN A. DEMPSEY, social security number XXX-XX-6686. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STEVEN A. DEMPSEY.

BY THE COURT:

_Carlota M. Böhm_
**jah**

UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven A. Dempsey  
    Debtor

Case No. 14-22175-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Aug 17, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.  
db          #+Steven A. Dempsey,   309 Brandywine Drive,   Irwin, PA 15642-9225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
       Jeniece D. Davis    on behalf of Creditor    The Pennsylvania State Employees Credit Union jeniece@mvrlaw.com, bonnie@mvrlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
       Scott R. Lowden    on behalf of Debtor Steven A. Dempsey niclowlgl@comcast.net  
                                                                                                           TOTAL: 7