IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | ) | Bankruptcy No. 14-22175 CMB | |
| | ) | | |
| Steven A. Dempsey | ) | Chapter 7 | |
| | ) | | |
| | ) | NOTICE OF CHANGE OF | |
| Debtor(s) | ) | ADDRESS | |
| Steven A. Dempsey | ) | | |
| | ) | | |
| Movant(s) | ) | | |
| vs. | ) | | |
| No Respondents | ) | | |
| Respondent(s) | ) | | |

THE DEBTOR'S PREVIOUS MAILING ADDRESS WAS:

Name:      Steven Dempsey

Street:    554 Route 130
           Trafford, PA 15085


PLEASE BE ADVISED THAT AS OF October 12, 2017 THE DEBTOR'S
NEW MAILING ADDRESS IS:

Name:      Steven Dempsey

Street:    204 Sagerville Lane
           Harrison City, PA 15636


Date: October 12, 2017              /s/ Scott R. Lowden
                                    Scott R. Lowden, Esquire
                                    Attorney for Debtor
                                    PA ID 72116
                                    3948 Monroeville Blvd., Suite 2
                                    Monroeville, PA 15146
                                    niclowlgl@comcast.net
                                    (412) 374-7161