IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 14-22175 CMB |
| Steven A. Dempsey | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Steven A. Dempsey | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Document No. 128 |
| Navient Solutions, LLC on behalf of: | ) | |
| The Department of Education | ) | |
| Respondent(s) | ) | Hearing: 1/17/18 at 10:00 AM |

**CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on  November 22, 2017  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than  December 9, 2017 .

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated:   December 11, 2017

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
PA. ID 72116