IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 14-22175 CMB |
| Steven A. Dempsey ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Steven A. Dempsey ) | |
| ) | Related to Claim No. 7 |
| Movant(s) ) | |
| v. ) | Document No. 128 |
| Navient Solutions, LLC on behalf of: ) | |
| The Department of Education ) | **ENTERED BY DEFAULT** |
| Respondent(s) ) | |

## ORDER OF COURT

**AND NOW,** this __20th__ day of __December__, 2017, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and proof of claim #7 is denied.

BY THE COURT:

FILED
12/20/17 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
                                J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 14-22175-CMB
Steven A. Dempsey                                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Dec 20, 2017
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db              +Steven A. Dempsey,    204 Sagerville Lane,    Harrison City, PA 15636-1225
14719520         Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                   Wilkes-Barre, PA 18773-9635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Jeniece D. Davis    on behalf of Creditor    The Pennsylvania State Employees Credit Union
       jeniece@mvrlaw.com,  bonnie@mvrlaw.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      Scott R. Lowden    on behalf of Debtor Steven A. Dempsey niclowlgl@comcast.net
                                                                                                                TOTAL: 7