**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Steven A. Dempsey**
  Debtor(s)

Bankruptcy Case No.: 14–22175–CMB

Chapter: 13
Docket No.: 134 – 132

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 27th of December, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/12/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/28/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/12/18.**


                                               Carlota M. Bohm
                                               United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 14-22175-CMB
Steven A. Dempsey                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1              Date Rcvd: Dec 27, 2017
                             Form ID: 408            Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db            +Steven A. Dempsey,    204 Sagerville Lane,   Harrison City, PA 15636-1225
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
14402718       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13862219      +M&T Bank,    80 Holtz Drive,   Buffalo, NY 14225-1470
13862220      +McCabe, Weisberg & Conway, PC,    123 South Broad Street,    Suite 1400,
               Philadelphia, PA 19109-1060
14719520       Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
14219522      +PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
13873155      +PNC BANK N.A.,    P.O. BOX 94982,   CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13865087       E-mail/Text: ally@ebn.phinsolutions.com Dec 28 2017 01:26:22
               Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13886374       E-mail/Text: camanagement@mtb.com Dec 28 2017 01:26:58    M & T Bank,   P.O. Box 1288,
               Buffalo, New York 14240
13884212       E-mail/Text: bankruptcynotices@psecu.com Dec 28 2017 01:28:43     PSECU,   P.O. Box 67013,
               Harrisburg, PA 17106-7013
                                                                            TOTAL: 3


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            M&T BANK
cr            The Pennsylvania State Employees Credit Union
cr*           ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                            TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Jeniece D. Davis    on behalf of Creditor   The Pennsylvania State Employees Credit Union
           jeniece@mvrlaw.com,   bonnie@mvrlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott R. Lowden    on behalf of Debtor Steven A. Dempsey niclowlgl@comcast.net
                                                                            TOTAL: 7