**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    STEVEN A. DEMPSEY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-22175

Chapter 13

Related to Dkt. No. 132

**ENTERED BY DEFAULT**

ORDER OF COURT

    AND NOW, this _____21st_____ day of _____February_____, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   **jah**

FILED
2/21/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22175-CMB
Steven A. Dempsey                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Feb 21, 2018
                              Form ID: pdf900         Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +Steven A. Dempsey,    204 Sagerville Lane,   Harrison City, PA 15636-1225
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
14402718        ECMC,    PO BOX 16408,   ST. PAUL, MN 55116-0408
13862219       +M&T Bank,    80 Holtz Drive,   Buffalo, NY 14225-1470
13862220       +McCabe, Weisberg & Conway, PC,    123 South Broad Street,   Suite 1400,
                 Philadelphia, PA 19109-1060
14219522       +PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
13873155       +PNC BANK N.A.,    P.O. BOX 94982,   CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13865087        E-mail/Text: ally@ebn.phinsolutions.com Feb 22 2018 02:16:16
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,   Roseville, MN 55113-0004
13886374        E-mail/Text: camanagement@mtb.com Feb 22 2018 02:16:26    M & T Bank,    P.O. Box 1288,
                 Buffalo, New York 14240
14719520        E-mail/PDF: pa_dc_claims@navient.com Feb 22 2018 02:21:14
                 Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13884212        E-mail/Text: bankruptcynotices@psecu.com Feb 22 2018 02:17:28     PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
                                                                             TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              The Pennsylvania State Employees Credit Union
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
                                                                     TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Jeniece D. Davis    on behalf of Creditor   The Pennsylvania State Employees Credit Union
           jeniece@mvrlaw.com,  bonnie@mvrlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott R. Lowden    on behalf of Debtor Steven A. Dempsey niclowlgl@comcast.net
                                                                     TOTAL: 7